

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-cr-33-KS-MTP

RODZALE GATES

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [33]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on August 4, 2021 (*nunc pro tunc* May 13, 2021), this Court entered a Preliminary Order of Forfeiture [32], ordering the Defendant, **RODZALE GATES,** to forfeit (the "**Subject Property**")

| 20-ATF-031348 | One (1) One Savage Springfield 1929 Shotgun, CAL:20, Serial No.: Unknown |
|---|---|
| 20-ATF-031349 | One (1) Round Winchester-Western Ammunition, CAL:20 |

WHEREAS, there are no known potential third-party claimants; and

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and the Preliminary Order so that unknown parties could exercise their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** are hereby forfeited to the United States of America pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this ___27th_____ day of _____October_____ 2021.

   ___s/Keith Starrett_____
   UNITED STATES DISTRICT JUDGE